IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CENTERPOINT ENERGY RESOURCES CORP. D/B/A
CENTERPOINT ENERGY MISSISSIPPI GAS                                          PLAINTIFF

V.                                                          CIVIL ACTION NO. 4:11-cv-109-SA-JMV

MISSISSIPPI RICE AND GRAIN II, LLC                                          DEFENDANT

**ORDER**

This cause is before the court on the defendant's motions to strike plaintiff's designation of experts and supplemental designation (#32 and #40). The court, having reviewed the record, the motion, the briefs of the parties, and the applicable law, and having heard oral argument, finds as follows:

For the reasons announced in detail by the court on the record at the conclusion of the motion hearing on July 12, 2012, the court finds that the first motion is denied for failure to contain a good faith certificate and the second motion is denied for that reason and the further reason that it constitutes a sufficient disclosure under the FRCP 26(a)(2)(C). Accordingly, the motions are not well taken, and shall be **DENIED**. Parties are to bear their own costs.

Additionally, in light of today's ruling, the court finds it necessary to move current case management order deadlines as follows:

- Defendant's designation of experts: September 13, 2012
- Discovery deadline: October 30, 2012
- Dispositive motions deadline: November 13, 2012

**SO ORDERED** this, the 12th day of July, 2012.

/s/Jane M. Virden
U. S. MAGISTRATE JUDGE